# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D18-4158

———————————————

RYAN PAUL CUMMINGS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

August 14, 2019

PER CURIAM.

DENIED.

B.L. THOMAS, ROBERTS, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

James S. Purdy, Public Defender, and Shawna R. Moyers, Assistant Public Defender, Daytona Beach, for Petitioner.

Ashley Moody, Attorney General, and Barbara Debelius, Assistant Attorney General, Tallahassee, for Respondent.